## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

1. The Trustee prepared semi-annual reports to the United States Trustee's Office.

2. The Trustee managed the estate's cash on hand. This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

3. The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets.

4. The Trustee attended to tax issues concerning the estate, retained the accountant by court order and reviewed and filed the appropriate tax returns.

5. The Trustee reviewed the claims filed in this case, filed and prosecuted an objection to one claim.

6. The Trustee retained a real estate broker by Court order, sold the real estate, obtained the court order of approval and conducted the closing of the transaction.

**EXHIBIT A**