**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| RAJALA, SANDRA M. | ) | |
| | ) | CASE NO. 04-16256 ABG |
| | ) | |
| | ) | JUDGE A. Benjamin Goldgar |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:    U.S. BANKRUPTCY COURT
              Lake County Courthouse
              18 N. County Street, Room A206
              Waukegan, IL 60085

    **On:**   **July 13, 2007**
    **At:**    **1:30 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

| | |
|---|---|
| a. Receipts | $ 140,272.54 |
| b. Disbursements | $ 118,846.18 |
| c. Net Cash Available for Distribution | $ 21,426.36 |

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee John E. Gierum | $ 0.00 | $ 9888.63 | $ |
| Trustee John E. Gierum | $ 35.73 | $ | $ 35.73 |
| Trustee's Accountant Popowcer Katten, Ltd. | $ 0.00 | $ 920.00 | $ |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

6.  Claims of general unsecured creditors totaling $31,099.56, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $34.14%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Nordstrom FSB | $3672.24 | $ 1265.78 |
| 2 | Chase Manhattan Bank | 8274.44 | 2850.82 |
| 3 | Victory Memorial Hospital | 745.67 | 257.83 |
| 4 | Dr. John Anderson | 475.00 | 164.60 |
| 5 | Discover Bank | 3886.31 | 1339.50 |
| 6 | MBNA America Bank | 7695.15 | 2651.30 |
| 7 | Lucy W. Dorenfeld | 438.75 | 152.12 |
| 8 | Kathleen J. Wells | 1409.00 | 486.30 |
| 9 | Nathleen Rajala | 4503.00 | 1449.48 |

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing: cash, bank accounts, household goods, wearing apparel, jewelry, treadmill, two 401(k)'s, two receivables, two tax refunds and 1999 Chevrolet Malibu.

Dated:   **June 12, 2007**                                  For the Court,

By:   **KENNETH S GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1               Date Rcvd: Jun 12, 2007
Case: 04-16256                 Form ID: pdf002              Total Served: 27

The following entities were served by first class mail on Jun 14, 2007.
 db        +Sandra M Rajala,   7019 S Stratton Lane,   Gurnee, Il 60031-5215
 aty       +A Stewart Chapman,   Pierce & Associates,   1 North Dearborn Suite 1300,   Chicago, IL 60602-4331
 aty        Kevin M Kane,   Goldberg & Kane,   813 Washington,   Waukegan, IL 60085
 tr        +John E Gierum,   Gierum & Mantas,   1030 W Higgins Rd, Ste 220,   Park Ridge, IL 60068-5761
 acc       +Lois West,   Popowcer Katten Ltd,   35 E Wacker Dr, Suite 902,   Chicago, Il 60601-2314
8029088     AT&T Universal Card,   P.O. Box 44167,   Jackson, FL 32231-4167
8275029     Chase Manhattan Bank USA NA,   c/o Chase Bankcard Services Inc,   POB 52176,
             Phoenix, AZ 85072-2176
8029089     Chase Manhattan Mortgage,   P.O. Box 24696,   Columbus, OH 43224-0696
8029090     Chase Mastercard,   P.O. Box 29236,   Phoenix,, AZ 85038-9236
8029092    +Dr. James Brophy, DDS,   931 Glen Flora Avenue,   Waukegan, IL 60085-1840
8029093    +Dr. John Anderson,   135 N. Greenleaf Avenue,   Gurnee, IL 60031-3393
8029094    +Dr. Rashmikant Patel,   20 Tower Court, Suite D,   Gurnee, IL 60031-5716
8029095     GM Card Mastedrcard,   P.O. Box 80082,   Salinas, CA 93912-0082
8029096    +Kathleen J. Wells,   1110 Normandy Road,   Waukegan, IL 60085-8655
8029097    +Lucy W. Dorenfeld,   426 Park Ave. East,   Highland Park, IL 60035-2627
8029098    +MBNA America Bank NA,   PO Box 15168 MS 1423,   Wilmington, DE 19850-5168
8029099    +Nathleen Rajala,   34451 N. Old Walnut Circle,   Bldg. 2 #302,   Gurnee, IL 60031-4234
8029101     Northern Illinois Radiological,   P.O. Box 6988,   Libertyville, IL  60048-6988
8029102     Quest Diagnostics Incorporated,   P.O. Box 64500,   Baltimore, MD 21264-4500
8029103    +Social Security Administration,   Great Lakes Program Service Center,
             Harold Washington Social Security Center,   600 W. Madison,   Chicago, IL 60661-2406
8029104    +St. Therese Hospital,   Vista Health,   2615 Washington Street,   Waukegan, IL 60085-4980
8029105    +Victory Memorial Hospital,   Vista Health,   1324 N. Sheridan Rd.,   Waukegan, IL 60085-2161
8029106    +Zion Clinic Counseling Services,   3115 Lewis Avenue,   Zion, IL 60099-3099

The following entities were served by electronic transmission on Jun 13, 2007.
8350723    +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 13 2007 02:56:29      Discover Bank,
             c/o Discover Financial Services,   POB 8003,   Hilliard, OH 43026-8003
8029091     E-mail/PDF: mrdiscen@discoverfinancial.com Jun 13 2007 02:56:29      Discover Card,
             P.O. Box 15255,   Wilmington, DE 19886-5255
8274503     E-mail/PDF: bnc@nordstrom.com Jun 13 2007 02:54:32      Nordstrom FSB,   PO Box 13599,
             Scottsdale, AZ 85267-3599
8029100    +E-mail/PDF: bnc@nordstrom.com Jun 13 2007 02:54:32      Nordstrom Visa,   P.O. Box 13589,
             Scottsdale, AZ 85267-3589
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 br          Coldwell Banker
 acc         Popowcer Katten LTD
 br          Sunnie Gilbert
 aty*       +John E Gierum,   Gierum & Mantas,   1030 W Higgins Rd, Ste 220,   Park Ridge, IL 60068-5761
                                                                                             TOTALS: 3, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 14, 2007**                     **Signature:** _/s/ Joseph Speetjens_